# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 04-3993

_____

| | | |
|---|---|---|
| Robbin Irene Oliver, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| State of Oklahoma; Brad Henry, | * | |
| Governor; County of LeFlore; Rob | * | |
| Wallace, District Attorney for LeFlore | * | Appeal from the United States |
| County, Oklahoma; City of Heavener | * | District Court for the |
| Municipal Court; City of Heavener | * | Western District of Arkansas. |
| Municipal Police; Drew Edmondson, | * | |
| Attorney General for the State of | * | |
| Oklahoma; Terry Amend, Attorney | * | [UNPUBLISHED] |
| for the City of Heavener, Oklahoma; | * | |
| Doug Smuck, Municipal Court Judge; | * | |
| Tommi J. West, Municipal Court Clerk; | * | |
| Derek Woodral; Loren Haberson; | * | |
| Joseph Guzman; Douglas Schmuck, | * | |
| Attorney for the Oklahoma Department | * | |
| of Health and Human Services; Danita | * | |
| Williams, Judge, District Court for | * | |
| LeFlore County, Oklahoma, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: June 21, 2005
Filed: July 8, 2005

_____

Before SMITH, McMILLIAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Robbin Oliver appeals the district court's[1] preservice dismissal of her 42 U.S.C. § 1983 complaint. We summarily affirm, but given Oliver's statement to the district court that she did not intend that certain material she submitted to the district court be construed as part of her complaint, we modify the dismissal to be without prejudice as to defendants Judge Danita Williams and Attorney Douglas Schmuck. We deny all pending motions.

_____

[1]The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendations of the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas.

-2-